UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 APR -2 PM 1: 16

_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
)
v. ) Docket No. 2:15cr43
)
▓▓▓▓▓▓▓▓ and )
ROBERT YOUNG, )
Defendants. )

2015 JUN -5 PM 2:39
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

INDICTMENT

The Grand Jury Charges:

On or about February 20, 2015, in the District of Vermont and elsewhere, defendants ▓▓▓▓▓▓▓▓ and ROBERT YOUNG knowingly and willfully conspired with each other and with others known and unknown to the grand jury to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(21 U.S.C. § 846)

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

_____ (MPD)
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
April 2, 2015